TRINA A. HIGGINS, United States Attorney (#7349)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: charms@webercountyutah.gov

FILED US District Court-UT
AUG 21 '24 PM12:11

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Vios: |
| vs. | COUNT I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl With Intent to Distribute; |
| JEREMY LEE DEIGHTON, | COUNT II: 18 U.S.C. §922(g)(1), Felon in Possession of a Firearm and Ammunition. |
| Defendant. | Case: 1:24-cr-00039 Assigned To : Shelby, Robert J. Assign. Date : 8/20/2024 |

The Grand Jury charges:

### **COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl With Intent to Distribute)

On or about June 8, 2024 in the District of Utah,

JEREMY LEE DEIGHTON,

defendant herein, did knowingly and intentionally possess with intent to distribute

Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT II
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about June 8, 2024 in the District of Utah,

JEREMY LEE DEIGHTON,

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, to wit: a Phoenix Arms .22 handgun, and a Ruger 9mm handgun, along with associated ammunition, and the firearms and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1); and punishable pursuant to 18 U.S.C. §924(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

TRINA A. HGGINS
United States Attorney

_____
CLARK A. HARMS
Special Assistant United States Attorney

2